**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
FILED
JUL 15 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MARIO MERCADO-VEGA (1),<br><br>                    Defendant. | CASE NO. 11CR2805-GT<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

    8:1326 (a) and (b) - Attempted Entry After Deportation (Felony)

---

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7-14-11

                                        _Gordon Thompson Jr._
                                        GORDON THOMPSON, JR.
                                        UNITED STATES DISTRICT JUDGE